# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:22-cr-99-MSS-TGW

46 U.S.C. §§ 70503(a),
70506(a)-(b)

JOSE LUIS ESPINO AMPARO
HECTOR RAMON REYNOZO FREGOZO
EMILIO ALEXANDER MEJIA ESCALANTE
EDDY ORLANDO PARRALES MERO
CLAUDIO ARMANDO TOSCANO
YORDY ALEXANDER NEVAREZ MERO

**INDICTMENT**

The Grand Jury charges:

## COUNT ONE

From an unknown date, continuing through on or about February 26, 2022,

while upon the high seas on board a vessel subject to the jurisdiction of the United

States, the defendants,

JOSE LUIS ESPINO AMPARO,
HECTOR RAMON REYNOZO FREGOZO,
EMILIO ALEXANDER MEJIA ESCALANTE,
EDDY ORLANDO PARRALES MERO,
CLAUDIO ARMANDO TOSCANO, and
YORDY ALEXANDER NEVAREZ MERO,

did knowingly and intentionally conspire with each other and other persons, both

known and unknown to the Grand Jury, to distribute and possess with intent to

distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

From an unknown date, continuing through on or about February 26, 2022, while upon the high seas on board a vessel subject to the jurisdiction of the United States, the defendants,

JOSE LUIS ESPINO AMPARO,
HECTOR RAMON REYNOZO FREGOZO,
EMILIO ALEXANDER MEJIA ESCALANTE,
EDDY ORLANDO PARRALES MERO,
CLAUDIO ARMANDO TOSCANO, and
YORDY ALEXANDER NEVAREZ MERO,

did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1.      The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2

2.     Upon their conviction of any of the violations alleged in Counts One or

Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

JOSE LUIS ESPINO AMPARO,
HECTOR RAMON REYNOZO FREGOZO,
EMILIO ALEXANDER MEJIA ESCALANTE,
EDDY ORLANDO PARRALES MERO,
CLAUDIO ARMANDO TOSCANO, and
YORDY ALEXANDER NEVAREZ MERO,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a),

and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1)

through (11) that was used or intended for use to commit, or facilitate the

commission of, such offenses.

3.     Upon their conviction of any of the violations alleged in Counts One or

Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

JOSE LUIS ESPINO AMPARO,
HECTOR RAMON REYNOZO FREGOZO,
EMILIO ALEXANDER MEJIA ESCALANTE,
EDDY ORLANDO PARRALES MERO,
CLAUDIO ARMANDO TOSCANO, and
YORDY ALEXANDER NEVAREZ MERO,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as a result

of such offense and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of, the offense.

4.     If any of the property described above, as a result of any act or omission

of the defendants:

3

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or,

e.  has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By:   _____
Daniel M. Baeza
Assistant United States Attorney

By:   _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

FORM OBD-34
March 22

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JOSE LUIS ESPINO AMPARO, HECTOR RAMON REYNOZO FREGOZO, EMILIO ALEXANDER MEJIA ESCALANTE, EDDY ORLANDO PARRALES MERO, CLAUDIO ARMANDO TOSCANO, and YORDY ALEXANDER NEVAREZ MERO

## INDICTMENT

Violations: 46 U.S.C. § 70503(a)
46 U.S.C. § 70506(a)(b)

A true bill,

_____

Foreperson

Filed in open court this 15th day

of March 2022.

_____

Clerk

Bail $_____

GPO 863 525