# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE No. 8:22-cr-99-MSS-TGW          DATE: MARCH 18, 2022

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA DAVID PARDO |
| -v- | |
| JOSE LUIS ESPINO AMPARO | AFPD PAUL DOWNING |
| HECTOR RAMON REYNOZO FREGOZO | CJA SHELTON BRIDGES |
| EMILIO ALEXANDER MEJIA ESCALANTE | CJA VANESSA KING |
| EDDY ORLANDO PARRALES MERO | CJA JEFFREY BROWN |
| CLAUDIO ARMANDO TOSCANO | CJA DANIEL HERNANDEZ |
| YORDY ALEXANDER NEVAREZ MERO | CJA MATTHEW FARMER |
| | |
| DEPUTY CLERK: AMANDA CRAIG | TIME: 3:33-3:45 (12 min.) |
| COURTROOM: 12A | DIGITAL RECORDING |
| INTERPRETER: VICTORIA SPELLMAN/ SPANISH | COURT REPORTER: N/A |

**PROCEEDINGS: ARRAIGNMENT/INITIAL APPEARANCE**

   X      Interpreter sworn

   X      Defendants read INDICTMENT

   X      Court reviews government's obligations under Brady v. Maryland

   X      Financial information verified

   X      Counsel appointed for all purposes, including trial

   X      Court advises defendants of Rule 5 rights and charges

   X      Defendants waive formal reading of indictment

   X      Defendants plead not guilty to all counts

   X      Parties request to participate in Rule 16 discovery

   X      Trial set for May 2022 trial term commencing week of May 2, 2022 at 9:00 a.m., before Judge MARY S. SCRIVEN

    X      Status report due on the 15th of each month

    X      Pretrial discovery order to be entered by Judge Wilson

    X      Bond/Detention:

            Government: Requests Detention; presumption applies; ICE detainer.

            Defendants: Reserves on the matter of bond.

            Court: Defendant to be detained on the basis of the presumption but reserving to the defendant the right to have the matter of bail reconsidered on the filing of an appropriate motion.

    X      Defendant continued in custody of U.S. Marshal.